IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| MATTHEW THOMAS GOSLEE, | ) | Civil Action No. 3:11-cv-01027-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| APPLAUSE CATERING, INC. | ) | |
| and JAMES PLAYER, | ) | |
| | ) | |
| Defendants. | ) | |

Comes now Plaintiff, Matthew Thomas Goslee, along with Defendants, Applause Catering, Inc. and James Player, and file this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(B), as to all claims and counterclaims between Plaintiff and Defendants.

SIGNATURE PAGE TO FOLLOW

BOWMAN AND BROOKE, LLP

By: s/Angela G. Strickland
Richard H. Willis
Federal Bar No. 4700
E-Mail: Richard.willis@bowmanandbrooke.com
Angela G. Strickland
Federal Bar No. 9824
E-Mail: angela.strickland@bowmanandbrooke.com
1441 Main Street
Suite 1200
Columbia, SC  29201
(803) 726-7420

Attorneys for Applause Catering, Inc.


ELLIS, LAWHORNE & SIMS, P.A.

By:  s/Kirby D. Shealy III
Kirby D. Shealy III (Fed. I.D. No. 6880)
1501 Main Street, 5th Floor
Post Office Box 2285
Columbia, S.C. 29202
(803) 254-4190
kshealy@ellislawhorne.com

Attorneys for Plaintiff


LAW OFFICE OF MARCUS W. MEETZE, LLC

By:  s/Marcus W. Meetze
Marcus W. Meetze
Federal Bar No. 10392
E-Mail: wes@meetzelaw.com
712 E. Washington St.
Greenville, SC 29601
(864)-271-3555

Attorney for James Player.